# ELECTRONIC RECORD

1408-14

COA # 10-13-00388-CR                          OFFENSE: Murder

STYLE: Felix Resendez v. The State of Texas      COUNTY: McLennan

TRIAL COURT:        54th District Court      _____ MOTION
TRIAL COURT #:      2012-965-C2              FOR REHEARING IS: _____
TRIAL COURT JUDGE:  Hon. Matt Johnson        DATE: _____
DISPOSITION:        Affirmed                 JUDGE: _____


DATE:       September 11, 2014

JUSTICE:    Chief Justice Gray      PC ____   S ____  X

PUBLISH: _____    DNP: X

CLK RECORD:   November 27, 2013        SUPP CLK RECORD: _____
RPT RECORD:   January 15, 2014         SUPP RPT RECORD: _____
STATE BR:     August 15, 2014          SUPP BR: _____
APP BR:       July 18, 2014            PRO SE BR: _____


# IN THE COURT OF CRIMINAL APPEALS

ELECTRONIC RECORD                    CCA # **1408-14**

----------------------

____PRO SE____ Petition             Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:  DATE: _____
____REFUSED____                      JUDGE: _____
DATE: 02/04/2015                     SIGNED: _____    PC: _____
JUDGE: Per Curiam                    PUBLISH: _____    DNP: _____

----------------------

_____ MOTION FOR REHEARING IN      MOTION FOR STAY OF MANDATE IS:

CCA IS: _____ ON _____       _____ ON _____

JUDGE: _____                        JUDGE: _____